USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SMIL ROSARIO,

                         Plaintiff,        17-cv-4416 (ALC)

-against-

LIBERTY PLACE PROPERTY
MANAGEMENT LLC and CRP 133 WEST
145TH STREET LLC

                        Defendants.
-------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, that the Complaint is hereby dismissed in their entirety, without prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
       October 10, 2017

_____       _____
Arthur J. Robb                                   Chaya Gourarie
Clifton Budd & DeMaria, LLP           Joseph & Norinsberg, LLC
The Empire State Building              225 Broadway Suite 2700
350 Fifth Avenue, 61st Floor            New York, N.Y. 10007
New York, NY 10118                      212-227-5700
212-687-7410                                   *Attorneys for Plaintiff*
*Attorneys for Defendants*

Date: New York, New York
       October 11, 2017

So Ordered: _____
              Hon. Andrew L. Carter, Jr., U.S.D.J.